UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
SARAH REDA, ET AL.,                                          :
                              Plaintiffs,  :
 :  19 Civ. 10563 (LGS)
           -against-                                  :
 :  ORDER
COSETTE FIFTH AVENUE LLC, ET AL.,                            :
                            Defendants.  :
 :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for January 21, 2020;

WHEREAS, no significant issues were presented in the parties' joint conference materials, filed on January 17, 2020. It is hereby

**ORDERED** that the January 21, 2020, 10:30 a.m. conference is CANCELED. The case management plan will follow separately.

Dated: January 17, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE