UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SARAH REDA, GIULIA DIMILTA, BRELYNN GONSALES, on behalf of Plaintiff(s) individually and similarly situated individuals,

                              Plaintiffs,

    -against-

COSETTE FIFTH AVENUE LLC and ABELL OUJADDOU,

                              Defendants.
------------------------------------------------------------------------x

Docket No.: 19-cv-10563

JUDGMENT ENTERED UNDER RULE 68

On March 17, 2020, defendants COSETTE FIFTH AVENUE LLC and ABELL OUJADDOU (collectively "Defendants") filed an Offer of Judgment under Rule 68(a) of the Federal Rules of Civil Procedure, a Notice of Acceptance of Offer of Judgment, and a Proof of Service. Therefore, under the provisions of Rule 68(a) of the Federal Rules of Civil Procedure,

IT IS ADJUDGED that:

1. Plaintiff SARAH REDA have judgment against Defendants in the sum of $34,000.00 (Thirty-Four Thousand Dollars and Zero Cents);

2. Plaintiff GIULIA DIMILTA have judgment against Defendants in the sum of $18,000.00 (Eighteen Thousand Dollars and Zero Cents); and,

3. Plaintiff BRELYNN GONSALES have judgment against Defendants in the sum of $23,000.00 (Twenty-Three Thousand Dollars and Zero Cents).

Dated: _____

_____[printed name], CLERK

United States District Court
Southern District of New York

By:    _____ [signature]
        Deputy Clerk