UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SARAH REDA, GIULIA DIMILTA, BRELYNN      Docket No.: 19-cv-10563
GONSALES, on behalf of Plaintiff(s) individually and
similarly situated individuals,     JUDGMENT ENTERED
                                      Plaintiffs,     UNDER RULE 68

    -against-

COSETTE FIFTH AVENUE LLC and ABELL
OUJADDOU,
                                       Defendants.
------------------------------------------------------------------------x

       On March 17, 2020, defendants COSETTE FIFTH AVENUE LLC and ABELL OUJADDOU (collectively "Defendants") filed an Offer of Judgment under Rule 68(a) of the Federal Rules of Civil Procedure, a Notice of Acceptance of Offer of Judgment, and a Proof of Service. Therefore, under the provisions of Rule 68(a) of the Federal Rules of Civil Procedure,

IT IS ADJUDGED that:

1. Plaintiff SARAH REDA have judgment against Defendants in the sum of $34,000.00 (Thirty-Four Thousand Dollars and Zero Cents);

2. Plaintiff GIULIA DIMILTA have judgment against Defendants in the sum of $18,000.00 (Eighteen Thousand Dollars and Zero Cents); and,

3. Plaintiff BRELYNN GONSALES have judgment against Defendants in the sum of $23,000.00 (Twenty-Three Thousand Dollars and Zero Cents).

Dated: _____

                                            SO ORDERED


                                         _____
                                         Lorna G. Schofield
                                         United States District Judge

10500922v.1